# LAW OFFICES OF JOEL B. RUDIN, P.C.

CARNEGIE HALL TOWER
152 WEST 57TH STREET
EIGHTH FLOOR
NEW YORK, NEW YORK 10019

JOEL B. RUDIN

DAVID E. RUDIN
PARTHA SHARMA

TELEPHONE: (212) 752-7600
FACSIMILE: (212) 980-2968
E-MAIL: jbrudin@rudinlaw.com

JACOB "COBY" LOUP
DAVID S. KEENAN
(OF COUNSEL)
AMARIAH THURSTON
(PARALEGAL)

January 12, 2026

**Via ECF**

Hon. Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street, Room 2550
New York, New York 10007

   Re: *Coke v. City of New York et al.*
     Case No. 25-cv-10391-CM

Dear Judge McMahon:

  I am Of Counsel to the Law Offices of Joel B. Rudin, P.C., which represents Plaintiff Fabian Coke in this § 1983 action alleging malicious prosecution, evidence fabrication, and withholding of exculpatory evidence by a New York City Police Department detective, as well as unlawful policies and practices of the NYPD under *Monell*. I write to respectfully request that the Court postpone the current deadline for the parties to file a Civil Case Management Plan.

  Plaintiff filed his complaint on December 15, 2025, and served both defendants by December 20. *See* Docs. 1, 11, 12. On December 16, 2025, the Court ordered the parties to complete and sign its Civil Case Management Plan "within thirty (30) days"—that is, by January 15, 2026. Doc. 7, at 1. The parties also were instructed to participate in Local Civil Rule 83.10. *See* ECF Entry dated Dec. 19, 2025.

  I have spoken with an attorney at the New York City Law Department, which we expect will represent both defendants, and he told me that his office has not yet assigned an attorney to this matter. The parties therefore will be unable to confer and file a Civil Case Management Plan by January 15. I also note that, because this case is relatively complex, involving a *Monell* claim, and because it is governed by Rule 83.10, which contemplates at least 10 weeks of conferral and "limited" discovery to facilitate settlement discussions before full discovery begins, *see* Rule 83.10(d)–(h), it is unclear whether the parties' Case Management Plan could provide for completing all discovery within six months of the Court's scheduling order, which is the criterion the Court has set for letting the parties "set their own deadlines," Doc. 7 at 1. The requested postponement will allow the parties, once counsel is assigned for the defendants, to discuss the effect Rule 83.10 might have on the discovery schedule in this case—including a discussion of whether an early settlement is realistic possibility.

LAW OFFICES OF JOEL B. RUDIN, P.C.

January 12, 2026
Hon. Colleen McMahon
Page 2 of 2

      In light of the above considerations, I respectfully request that the Court extend the deadline for filing the Civil Case Management Plan to **February 10, 2026**, which is two business days before the initial conference scheduled for February 12, 2026. I thank the Court for its attention to these matters.

Respectfully submitted,

/s/ Jacob Loup

Jacob Loup
*Attorney for Plaintiff Fabian Coke*